**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-02513-REB-MJW

BRANZAN ALTERNATIVE INVESTMENT FUND, LLLP, on behalf of itself and all others similarly situated,

    Plaintiff,

v.

THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., and
ENERGY CORPORATION OF AMERICA,

    Defendants.

---

### MINUTE ORDER[1]

---

    The following motions are before the court for consideration: (1) **Defendant The Bank of New York Mellon Trust Company, N.A.'s Motion To Dismiss** [#18][2] filed October 8, 2014; and (2) **Defendant Energy Corporation of America's Motion To Dismiss** [#19] filed October 8, 2014.  After reviewing both motions the court has concluded that both motions should be denied without prejudice for failure to comply with this court's Practice Standards II.E.1. and IV.B.1.  Practice Standard II.E.1. states as follows:

> All papers filed with the court by anyone other than a judicial officer shall be in an Arial 12 point font (exclusive of footnotes and endnotes).

Practice Standard IV.B.1 states in relevant part as follows:

> Excluding motions filed under FED. R. CIV. P. 56 or 65, or under Fed. R. Evid. 702, all other motions, objections (including objections to the recommendations or orders of United States Magistrate

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#18]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

Judges), responses, and concomitant briefs shall not exceed **fifteen (15) pages**.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendant The Bank of New York Mellon Trust Company, N.A.'s Motion To Dismiss** [#18] filed October 8, 2014, is **DENIED WITHOUT PREJUDICE** with leave to re-file in compliance with the two Practice Standards referenced above; and

2. That **Defendant Energy Corporation of America's Motion To Dismiss** [#19] filed October 8, 2014, is **DENIED WITHOUT PREJUDICE** with leave to re-file in compliance with the two Practice Standards referenced above.

Dated:  October 9, 2014