IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02513-REB-MJW

BRANZAN ALTERNATIVE INVESTMENT FUND, LLLP,
on behalf of itself and all others similarly situated,

Plaintiff,

v.

THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., and
ENERGY CORPORATION OF AMERICA,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Defendant Energy Corporation of America's Request for a Clarification of the Magistrate Judge's Minute Order Setting a Scheduling Conference (Docket No. 60) is GRANTED;

- Discovery will remain stayed in this case, *as to all parties*, until the Rule 16 Scheduling Conference is held; and

- Defendant Energy Corporation of America is relieved of any obligation to meet and confer as to the proposed scheduling order until further order of court.

Date: September 15, 2015